```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CARMELITA GORDON

                      Plaintiff,

-against-

SOUTHWEST CREDIT SYSTEMS, L.P.

                      Defendant.
-----------------------------------------------------------

04 CV 9074 (Chin, J.)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

_____
Adam J. Fishbein  (AF-9508 )
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-791-4400

SO ORDERED:

_____
U.S.D.J.

3/25/05